Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TITAN DVBE, INC., a California Corporation; WILLIAM SCHROYER, an Individual,<br><br>　　Defendants. | Case No.: C13-5886 SBA<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:　Wednesday, March 26, 2014<br>Time:　3:15 p.m.<br>Ctrm:　1, 4th Floor<br>　　　　1301 Clay Street<br>　　　　Oakland, California<br>Judge: The Honorable Saundra B. Armstrong |

　　Plaintiffs respectfully request that the Case Management Conference scheduled for March 26, 2014, at 3:15 p.m., be continued for approximately sixty (60) days, as follows:

　　1.　As the Court's records will reflect, this action was filed on December 19, 2013 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

　　2.　Plaintiffs served the complaint, summons, and court documents on Defendants on January 1, 2014. Defendants failed to answer by the January 21, 2014 deadline. Plaintiffs have not requested Entry of Default because Defendants' counsel contacted Plaintiffs and discussion between the parties began.

　　3.　Defendants have complied with an audit inspection as sought in Plaintiffs' complaint, and resolution of this matter is pending an audit report to be prepared by Plaintiffs' auditors.

4. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, in order to allow for sufficient time for preparation and finalization of the Plaintiffs' audit report.

5. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 19, 2014               **SALTZMAN & JOHNSON**
                                    **LAW CORPORATION**

                                    By:           /S/
                                         Michele R. Stafford
                                         Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 5/28/14, at 2:45p.m. and all related deadlines are extended accordingly.

Date: 3/19/2014                     _____
                                    THE HONORABLE SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT COURT

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **March 19, 2014**, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**Debra Hinshaw Vierra**
**Cook Brown LLP**
**555 Capitol Mall, Suite 425**
**Sacramento, CA 94814**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **March 19, 2014**, at San Francisco, California.

/S/
Alicia Rutkowski
Paralegal

-3-
REQUEST TO CONTINUE CMC
Case No.: C13-5886 SBA

P:\CLIENTS\OE3CL\Titan DVBE, Inc\Pleadings\Request to Continue CMC 031914.docx