Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., | Case No.: C13-5886 SBA |
| Plaintiffs, | **PLAINTIFFS REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON** |
| v. | |
| TITAN DVBE, INC., a California Corporation; WILLIAM SCHROYER, an Individual, | Date:  Wednesday, May 28, 2014<br>Time:  2:45 p.m.<br>Ctrm:  1, 4th Floor<br>         1301 Clay Street<br>         Oakland, California<br>Judge: The Honorable Saundra B. Armstrong |
| Defendants. | |

Plaintiffs respectfully request that the Case Management Conference scheduled for May 28, 2014, at 2:45 p.m., be continued for approximately sixty (60) days, as follows:

1.   As the Court's records will reflect, this action was filed on December 19, 2013 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

2.   Plaintiffs served the complaint, summons, and court documents on Defendants on January 1, 2014.  Defendants failed to answer by the January 21, 2014 deadline. Plaintiffs have not requested Entry of Default because the parties are attempting to resolve the matter informally.

3.   Defendants have complied with the audit inspection sought in Plaintiffs' complaint. The audit report has been sent to Defendants and Defendants' counsel for review.  Plaintiffs are advised that Defendants dispute a portion of the audit findings, and that they are gathering

1  documents to support their claim.

2      4.    There are no issues that need to be addressed by this Court at the currently
3  scheduled Case Management Conference. In the interest of conserving costs, as well as the
4  Court's time and resources, Plaintiffs respectfully request that the Court continue the currently
5  scheduled Case Management Conference for approximately sixty (60) days, in order to allow time
6  for Defendants to provide documentation to support their dispute of the audit findings, for
7  Plaintiffs and their auditors to review Defendants' documentation, and for the parties to resolve
8  the matter.

9

10  Dated: May 21, 2014          **SALTZMAN & JOHNSON**
11                           **LAW CORPORATION**
12                 By:   /S/
13                        Michele R. Stafford
                      Attorneys for Plaintiffs

14
15  IT IS SO ORDERED.

16      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
    Management Conference is hereby continued to 7/30/14, at 2:30 p.m., and all related deadlines are
17  extended accordingly.

18
19  Date:   5/21/2014                 /s/ Sandra B. Armstrong
                                  THE HONORABLE SANDRA B. ARMSTRONG
20                                    UNITED STATES DISTRICT COURT

21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **May 21, 2014**, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelope was addressed and mailed as follows:

**Debra Hinshaw Vierra**
**Cook Brown LLP**
**555 Capitol Mall, Suite 425**
**Sacramento, CA 94814**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 21, 2014**, at San Francisco, California.

    /S/
Michelle Valentine
Paralegal

-3-
REQUEST TO CONTINUE CMC
Case No.: C13-5886 SBA

P:\CLIENTS\OE3CL\Titan DVBE, Inc\Pleadings\Request to Continue CMC 052114.docx