Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Debra Hinshaw Vierra, Esq. (SBN 110672)
Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
(916) 442-3100
(916) 442-4227 – Facsimile
dhinshawvierra@cookbrown.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>TITAN DVBE, INC., a California Corporation; WILLIAM SCHROYER, an Individual,<br><br>    Defendants. | Case No.: C13-5886 SBA<br><br>**JOINT REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION SELECTING ADR PROCESS; ORDER THEREON** |

Plaintiffs and Defendants respectfully request that the Court continue the deadline to file Stipulation Selecting ADR Process ("ADR Stipulation"), currently set for July 9, 2014, for approximately ninety (90) days. Good cause exists for a continuation as Defendants recently filed their Answer to the Complaint on June 27, 2014, and the parties are attempting to come to an informal resolution of this matter. Therefore, the parties respectfully request the Court continue

-1-
**JOINT REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION SELECTING ADR PROCESS;
[PROPOSED] ORDER THEREON
Case No.: C13-5886 SBA**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Joint Request to Continue ADR Deadline 070914.docx

1  the ADR Stipulation deadline for approximately ninety (90) days to allow sufficient time for the
2  parties to continue to meet and confer and attempt to reach an informal resolution.

3
4  Dated:  July 9, 2014                                 **SALTZMAN & JOHNSON**
                                                        **LAW CORPORATION**
5
6                                       By:   _____
7                                              Erica J. Russell
                                                Attorneys for Plaintiff
8
9  Dated:  July 9, 2014                                 **COOK BROWN, LLP**
10
11                                      By:   _____
                                               Debra Hinshaw Vierra
12                                              Attorneys for Defendants
13

14         IT IS SO ORDERED.
15         The deadline to file Stipulation Selecting ADR Process is continued to **10/8/2014**.
16  Date: 7/10/2014                _____
17                                  The Honorable Saundra B. Armstrong
                                    United States District Court Judge
18

-2-
**JOINT REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION SELECTING ADR PROCESS;**
**[PROPOSED] ORDER THEREON**
**Case No.: C13-5886 SBA**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Joint Request to Continue ADR Deadline 070914.docx