1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Debra Hinshaw Vierra, Esq. (SBN 110672)
   Cook Brown, LLP
8  555 Capitol Mall, Suite 425
   Sacramento, CA 95814
9  (916) 442-3100
   (916) 442-4227 – Facsimile
10 dhinshawvierra@cookbrown.com

11

12                      UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 RUSSELL E. BURNS, et al.,            Case No.: C13-5886 SBA

16      Plaintiffs,                     **JOINT REQUEST FOR CONTINUANCE
                                        OF CASE MANAGEMENT
17      v.                              CONFERENCE; ORDER THEREON**

18 TITAN DVBE, INC., a California Corporation;   Date:  Wednesday, July 30, 2014
   WILLIAM SCHROYER, an Individual,             Time:  2:30 p.m.
19                                              Ctrm:  1, 4th Floor
        Defendants.                                    1301 Clay Street
20                                                     Oakland, California
                                                Judge: The Honorable Saundra B. Armstrong
21

22

23      Plaintiffs and Defendants respectfully request that the Case Management Conference,

24 scheduled for July 30, 2014, at 2:30 p.m., be continued for approximately ninety (90) days.  Good

25 cause exists for the granting of the continuance as follows:

26      1.      As the Court's records will reflect, this action was filed on December 19, 2013 to

27 compel Defendants to comply with the terms of their Collective Bargaining Agreement.

28      2.      Plaintiffs served the Summons and Complaint on Defendants on January 1, 2014.

1   3.      An audit of Defendants' records was performed for the period July 1, 2009 through

2   December 31, 2013, revealing a liability to Plaintiffs of approximately $90,000.00.

3   4.      Defendants disputed the audit findings and Plaintiffs requested that Defendants

4   provide documentation that supports Defendants' position.

5   5.      Plaintiffs agreed to extend the deadline for Defendants to file an Answer to the

6   Complaint to allow for Defendants to provide evidence in support of their dispute of the audit and

7   for Plaintiffs to review any such evidence.

8   6.      The only document Defendants provided was an excel spreadsheet listing payments

9   made to Plaintiffs for unpaid contributions for the time period June 2010 through November 2010.

10  Plaintiffs administrator confirmed that these payments did not affect the results of the audit, as the

11  audit reveals hours unreported and unpaid by Defendants.

12  7.      Despite several requests from Plaintiffs, Defendants failed to provide any further

13  documentation supporting their dispute of the audit findings; therefore, Plaintiffs requested

14  Defendants file their Answer to the Complaint by June 27, 2014.

15  8.      Defendants filed their Answer to the Complaint on June 27, 2014.

16  9.      The parties are continuing to discuss the audit findings and Defendants' dispute

17  thereof, and are attempting to resolve this matter informally.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      10.    There are no issues that need to be addressed by this Court at the currently

2 scheduled Case Management Conference. In the interest of conserving costs, as well as the

3 Court's time and resources, the parties respectfully request that the Court continue the currently

4 scheduled Case Management Conference for approximately ninety (90) days to allow sufficient

5 time for the parties to continue to meet and confer and attempt to reach an informal resolution of

6 this matter.

7 Dated: July __, 2014                   **SALTZMAN & JOHNSON**

8                                      **LAW CORPORATION**

9                           By:   _____

10                                Erica J. Russell

                               Attorneys for Plaintiffs

11

12 Dated: July __, 2014                   **COOK BROWN, LLP**

13                           By:   _____

14                                Debra Hinshaw Vierra

                               Attorneys for Defendants

15

16 IT IS SO ORDERED.

17

18      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case

Management Conference is hereby continued to **October 30, 2014, at 2:45 p.m.**, and all related

19 deadlines are extended accordingly.

20

21 Date: 7/21/2014                        _____

                            THE HONORABLE SAUNDRA B. ARMSTRONG

22                        UNITED STATES DISTRICT COURT

23

24

25

26

27

28

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

**Case No.: C13-5886 SBA**