Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Debra Hinshaw Vierra, Esq. (SBN 110672)
Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
(916) 442-3100
(916) 442-4227 – Facsimile
dhinshawvierra@cookbrown.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TITAN DVBE, INC., a California Corporation; WILLIAM SCHROYER, an individual,<br><br>　　　　Defendants. | Case No.  C13-5886 SBA<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　Thursday, October 30, 2014<br>Time:　2:45 p.m.<br>Ctrm:　1, 4th Floor<br>Judge:　Hon. Saundra B. Armstrong |

　　　　Plaintiffs and Defendants respectfully request that the Case Management Conference scheduled for October 30, 2014, at 2:45 p.m., be continued for approximately ninety (90) days. Good cause exists for the granting of the continuance as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on December 19, 2013 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

　　　　2.　　Plaintiffs served the Summons and Complaint on Defendants on January 1, 2014. The Proof of Service was filed with the Court on January 27, 2014. [Dkt. #9].

3. After Plaintiffs agreed to an extension of time for Defendants to file their Answer to the Complaint, Defendants filed an Answer on June 27, 2014. [Dkt. #18].

4. An audit of Defendants' records was performed for the period from July 1, 2009 through December 31, 2013, revealing an alleged liability to Plaintiffs of approximately $90,000.00.

5. Defendants disputed the audit findings and provided some documentation in support of their dispute. Specifically, Defendants provided an excel spreadsheet listing payments made to Plaintiffs for unpaid contributions for the time period from June 2010 through November 2010, and a copy of an audit report issued by the Laborers Trust Funds that showed Defendants owed contributions to the Laborers Trust Funds for some of the same individuals included in Plaintiffs' audit of Defendant Titan DVBE, Inc.

6. Plaintiffs reviewed the documents and contend that the payments made by Defendants did not affect the results of the audit, as the audit reveals hours <u>unreported or underreported and unpaid</u> by Defendants. However, Plaintiffs removed individuals from the audit report who were not members of the Operating Engineers Local Union No. 3, which reduced the amount owed by Defendants to Plaintiffs on the audit to approximately $66,000.00.

7. Despite demand, Defendants continue to refuse to make payment to Plaintiffs for the amounts Plaintiffs contend are owed on the audit.

8. The parties have agreed to participate in mediation, and filed a Stipulation Selecting ADR Process, Mediation, on October 9, 2014. [Dkt. #25].

9. On October 10, 2014, the Court issued an Order referring this matter to Mediation to be completed within 90 days from October 10, 2014. [Dkt. #26].

10. As this matter has been scheduled for mediation, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days to allow the parties sufficient

1 | time to participate in mediation prior to the Case Management Conference.

2 | Dated: October 23, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Erica J. Russell
Attorneys for Plaintiffs

7 | Dated: October 21, 2014

COOK BROWN, LLP

By: _____
Debra Hinshaw Vierra
Attorneys for Defendants

11 | IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 1/29/2015, at 2:30 PM and all related deadlines are extended accordingly.

Date: 10/27/2014

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT