Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TITAN DVBE, INC., a California Corporation; WILLIAM SCHROYER, an Individual,<br><br>    Defendants. | Case No.: C13-5886 SBA<br><br>**NOTICE OF SETTLEMENT AND PLAINTIFFS' REQUEST TO VACATE, or in the alternative, CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  Thursday, January 29, 2015<br>Time:  2:30 p.m.<br>Ctrm:  1, 4th Floor<br>           1301 Clay Street<br>           Oakland, California<br>Judge: The Honorable Saundra B. Armstrong |

Plaintiffs respectfully request that the Case Management Conference scheduled for January 29, 2015, at 2:30 p.m., be vacated, or in the alternative, continued for approximately sixty (60) days.  Good cause exists as follows:

    1.    As the Court's records will reflect, this action was filed on December 19, 2013 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

    2.    The parties agreed to participate in mediation, and filed a Stipulation Selecting ADR Process, Mediation, on October 9, 2014. [Dkt. #25].

    3.    On October 10, 2014, the Court issued an Order referring this matter to Mediation to be completed within 90 days from October 10, 2014. [Dkt. #26].

-1-
NOTICE OF SETTLEMENT AND PLAINTIFFS' REQUEST TO VACATE, or in the alternative, CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No.: C13-5886 SBA
P:\CLIENTS\OE3CL\Titan DVBE, Inc\Pleadings\Notice of Settlement and Request to Continue CMC 011515.docx

4. On October 23, 2014, the parties requested a continuance to the Case Management Conference to allow the parties sufficient time to participate in mediation. [Dkt. #27]. On October 27, 2014, the Court granted parties' request and the Case Management Conference was continued to January 29, 2015. [Dkt. #28].

5. On January 13, 2015, the mediator filed a Certification of Mediation which reflects that the matter was settled during several pre-session telephone calls. [Dkt. #30].

6. The parties will now work together to prepare a Judgment Pursuant to Stipulation for amounts due by Defendants to Plaintiffs.

7. As this matter has been settled, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs' respectfully request that the Court vacate, or in the alternative continue for approximately sixty (60) days, the currently scheduled Case Management Conference, to allow the parties sufficient time to prepare a Judgment Pursuant to Stipulation.

Dated:  January 15, 2015

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By:     _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby VACATED, or in the alternative, CONTINUED to 3/26/2015, ay 2:45pm, and all related deadlines are extended accordingly.

Date:  1/16/2015                                          _____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT

-2-
NOTICE OF SETTLEMENT AND PLAINTIFFS' REQUEST TO VACATE, or in the alternative, CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No.: C13-5886 SBA

P:\CLIENTS\OE3CL\Titan DVBE, Inc\Pleadings\Notice of Settlement and Request to Continue CMC 011515.docx